**No. P68/103.**—Pan Pacific Importers et al. *v.* United States, protests 61/19158, etc. (Los Angeles).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of maize and rush or bulrush bags and baskets similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiffs was sustained.

**No. P68/104.**—The May Dept. Stores Co. and Inter-Maritime Forwarding Co., Inc. *v.* United States, protests 64/3872 and 64/10590 (New York).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bags or baskets in chief value of rush similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiffs was sustained.

**No. P68/105.**—New York Merchandise Co., Inc. *v.* United States, protest 317106–K (Los Angeles).

**No. P68/106.**—C. Itoh & Co. (America), Inc. *v.* United States, protest 58/4607 (New York).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of miniature motors the same in all material respects as those the subject of *James G. Wiley Co.*, *a/c Ungar Electric Tools* v. *United States* (49 Cust. Ct. 199, Abstract 66961) ; *H. H. Elder & Co. and T.V. Promotions Import Co. et al.* v. *United States* (48 Cust. Ct. 397, Abstract 66651) ; and *Polks Model Craft Hobbies, Inc., and Meadows Wye & Co., Inc.* v. *United States* (38 Cust. Ct. 422, Abstract 60545), the claim of the plaintiffs was sustained.